UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLOS A. DELGADO TORREALBA,

Petitioner,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

Respondents.

Case No. C26-2092-SKV

ORDER GRANTING PETITIONER'S MOTION FOR RECONSIDERATION AND APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This is a federal habeas action brought under 28 U.S.C. § 2241. Petitioner filed his federal habeas petition on June 15, 2026, together with an application to proceed *in forma pauperis* ("IFP"). Dkt. 1. The Clerk thereafter sent Petitioner a letter advising him that his submission was deficient because he failed to provide a certified copy of his prison trust account statement and that he must correct the deficiency not later than July 17, 2026, or risk dismissal of this action. Dkt. 3. Petitioner failed to respond to the Clerk's letter or to submit the necessary documentation by the established deadline and, thus, on August 5, 2026, this Court issued an Order denying Petitioner IFP status and directing him to pay the $5.00 filing fee within thirty days. Dkt. 5.

On August 27, 2026, the Court received a letter from Petitioner in which he describes his current circumstances and the challenges he has faced while in ICE custody. Dkt. 6. Petitioner attached to his letter a copy of his account statement from the Northwest ICE Processing Center where he is currently detained. *See id.* at 2-3. The Court construes this submission as a request for reconsideration of its prior order denying him IFP status.

Motions for reconsideration are generally disfavored and will be granted only in limited circumstances. *See* Local Civil Rule ("LCR") 7(h)(1). While it is not clear from Petitioner's submission why he was unable to timely respond to the Clerk's prior letter advising him of the deficiency in his IFP application, it appears likely that he did not fully understand the directive contained therein. Moreover, Petitioner has now demonstrated that he does not have the funds available to pay the $5.00 filing fee for this action.

Accordingly, the Court ORDERS as follows:

(1) Petitioner's motion for consideration (Dkt. 6) is GRANTED, and the Court's prior Order denying him leave to proceed IFP (Dkt. 5) is VACATED.

(2) Petitioner's application for leave to proceed IFP (Dkt. 1) is GRANTED. The Clerk shall file Petitioner's petition for writ of habeas corpus without the prepayment of fees.

(3) The Clerk is directed to send a copy of this Order to Petitioner.

Dated this 8th day of September, 2026.

S. KATE VAUGHAN
United States Magistrate Judge